DONALD E. SWARTZMAN et al., Individually and as Parents and Natural Guardians of CHAD SWARTZMAN and Another, Infants, Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 76661.) [621 NYS2d 1006] —Judgment unani-

mously affirmed without costs for reasons stated in decision at Court of Claims, NeMoyer, J. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Negligence.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.